179 So.2d 775

**Charles S. CONLEY**

v.

**Dorothy KREKELBERG.**

**3 Div. 175.**

Court of Appeals of Alabama.

Nov. 2, 1965.

Chas. S. Conley, Montgomery, for appellant.

Ball & Ball, Montgomery, for appellee.

JOHNSON, Judge.

Before submission, counsel for appellee made a written motion that the appeal be dismissed because (a) the record does not contain a certificate that appellant has served appellee with a copy of the assignments of error and, (b) the appellant has not in fact served a copy of the assignments of error upon appellee or her counsel of record.

The record contains assignments of error, but there is no certificate that a copy of the assignments of error had been served on appellee as required by Amended Supreme Court Rule 1. Appellant's brief does not contain the assignments either literally or by a fair paraphrase.

The motion is well taken and must be granted. Board of Education of Colbert Co. v. Mitchell, 270 Ala. 594, 121 So.2d 103; Alabama National Life Ins. Co. v. Bozeman, 42 Ala.App. 486, 168 So.2d 488.

Appeal dismissed.